SO ORDERED.

Dated: December 08, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26763/8010040973

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Edwin Charles Helgeson and Doris Jean Helgeson<br>Debtors.<br>_____<br>Mortgage Electronic Registratin Systems as nominee for Wells Fargo - Acquisition<br>Movant,<br>vs.<br><br>Edwin Charles Helgeson and Doris Jean Helgeson, Debtors, William E. Pierce, Trustee.<br><br>Respondents. | No. 2:09-bk-26588-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 12, 1998 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registratin Systems as nominee for Wells Fargo - Acquisition is the current beneficiary and Edwin Charles Helgeson and Doris Jean Helgeson have an interest in, further described as:

> A TRACT OF LAN IN THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 3, TOWNSHIP 15 NORTH, RANGE 4 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, YAVAPAI COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE NORTHWEST CORNER OF THE SOUTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION 3;
>
> THENCE SOUTH 89 DEGREES 40' EAST, 424.6 FEET ALONG THE NORTH LINE OF THE SOUTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION 3 TO A POINT ON THE EASTERLY 20 FOOT RIGHT OF WAY LINE OF THE COUNTY ROAD;
>
> THENCE SOUTH 29 DEGREES 25' EAST, 608.6 FEET ALONG SAID RIGHT OF WAY LINE TO THE POINT OF BEGINNING;
>
> THENCE SOUTH 89 DEGREES 40' EAST, 267.5 FEET;
>
> THENCE SOUTH 208.7 FEET;
>
> THENCE NORTH 89 DEGREES 40' WEST 149.9 FEET TO A POINT ON THE EASTERLY 20 FOOT RIGHT OF WAY LINE OF SAID COUNTY ROAD
>
> THENCE NORTH 29 DEGREES 25 WEST 239.6 FEET ALONG SAID RIGHT OF WAY LINE TO THE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

…

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT